DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JANNIFER THOMAS,**
Appellant,

v.

**ST. LUCIE COUNTY SCHOOL BOARD,**
Appellee.

No. 4D17-3222

[November 29, 2018]

Appeal from the State of Florida, Division of Administrative Hearings; DOAH Case No. 16-5872TTS.

Thomas L. Johnson of the Law Offices of Thomas Johnson, Brandon, for appellant.

Glen J. Torcivia and Matthew L. Ransdell of Torcivia, Donlon, Goddeau & Ansay, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***